**MCCARTHY & HOLTHUS, LLP**
Kristin A. Schuler-Hintz, Esq., SBN: 7171
Matthew P. Pawlowski, Esq., SBN: 9889
9510 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
Phone: 702.685.0329
Fax:    866.339.5691
Email: DCNV@McCarthyHolthus.com

*Attorneys for Defendants MidFirst and MERS*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARCUS R. FOSTER, | Case No. 2:22-cv-00526-CDS-NJK |
| Plaintiff, | |
| vs | **ORDER GRANTING EXPUNGEMENT OF LIS PENDENS (ECF 11)** |
| MIDFIRST BANK, QUALITY LOAN SERVICE CORPORATION, MORTGAGE ELECTRONIC REGISTRATION SYSTEM (MERS), | |
| Defendant(s)· | |

Defendants MidFirst Bank ("MidFirst") and Mortgage Electronic Registration Systems, Inc. (erroneously sued as "Mortgage Electronic Registration System (MERS)") ("MERS"), by and through their counsel of record, Kristin Schuler-Hintz, Esq. and Matthew P. Pawlowski, Esq., of the law firm and McCarthy & Holthus, LLP, having filed Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, as to Plaintiff's Complaint, filed March 25, 2022 (hereinafter, "Motion"), filed as ECF 7, and having subsequently filed a Supplement to Defendants' Motion to Dismiss, or in the Alternative, Motion for Summary Judgment, as to Plaintiff's Complaint (ECF 15), requesting expungement of the lis pendens filed by Plaintiff on April 25, 2022 (ECF 11) and recorded against the real property at issue in this action, identified as 420 Groft Way, Henderson, Nevada 89015 (APN No. 179-17-514-030) ("Subject Property") in the Clark County Recorder's Office on April 26, 2022 as instrument No. 20220426-0001612.

NV-22-914217-CV

1

1   This Honorable Court having set the time and date of hearing on Defendants' Motion on
2   May 18, 2022 at the hour of 9:30 a.m., having read and reviewed all papers and pleadings on file
3   in this matter and having taken argument of the parties at the time of hearing, and for good cause
4   shown, hereby orders, as follows:

5   **IT IS HEREBY ORDERED** that at the time of hearing on Defendants' Motion to
6   Dismiss, or in the Alternative, Motion for Summary Judgment, as to Plaintiff's Complaint (ECF
7   15) on May 18, 2022 at 9:30 a.m., Plaintiff's Complaint was dismissed with prejudice.

8   **IT IS FURTHER ORDERED** that, as Plaintiff's Complaint was dismissed with
9   prejudice, expungement of the lis pendens filed by Plaintiff on April 25, 2022 (ECF 11) and
10  recorded against the Subject Property in the Clark County Recorder's Office on April 26, 2022 in
11  the official records of Clark County, Nevada as instrument No. 20220426-0001612 is appropriate,
12  pursuant to *Wensley v. First Nat. Bank of Nevada*, 874 F. Supp. 2d 957, 968 (D. Nev. 2012)
13  (expungement of a lis pendens after dismissing a complaint with prejudice).

14  **IT IS FURTHER ORDERED** that, in accordance with the dismissal of Plaintiff's
15  Complaint with prejudice on May 18, 2022, the lis pendens filed by Plaintiff on April 25, 2022
16  (ECF 11) and recorded against the Subject Property in the Clark County Recorder's Office on
17  April 26, 2022 as instrument No. 20220426-0001612 is hereby EXPUNGED and is of no further
18  legal force and effect against the Subject Property.

19  **IT IS SO ORDERED.**
20  DATED:  June 24, 2022

22                                                                **UNITED STATES DISTRICT JUDGE**

24  The submitting party certifies to this Court, pursuant to L.R. 7-2(f) that Plaintiff Marcus R.
25  Foster was served with the proposed order via e-mail on May 19, 2022.  Plaintiff Marcus R.
26  Foster did not, within three days of having been served with the Proposed Order, respond to the
27  submitting party either with approval of the Proposed Order or respond and state any reasons for

MCCARTHY & HOLTHUS, LLP
ATTORNEYS AT LAW
9510 WEST SAHARA AVENUE, SUITE 200
LAS VEGAS, NV 89117
TELEPHONE: (855) 809-3977/FACSIMILE (866) 339-5691
Email: NVJUD@MCCARTHYHOLTHUS.COM

1 disapproval.  To date, no approval or disapproval has been received from Marcus R. Foster

2 regarding the form and/or content of this Proposed Order.

| Respectfully Submitted By: | Approved as to form and content: |
|---|---|
| **MCCARTHY & HOLTHUS, LLP** | **MARCUS R. FOSTER** |
| */s/ Kristin A. Schuler-Hintz* | */s/ NO RESPONSE RECEIVED* |
| Kristin A. Schuler-Hintz, Esq. SBN: 7171 | Marcus R. Foster |
| Matthew P. Pawlowski, Esq. SBN 9889 | 420 Groft Way |
| 9510 W Sahara Ave., Suite 200 | Henderson, NV  89015 |
| Las Vegas, NV 89117 | *Plaintiff in Proper Person* |
| *Attorneys for MidFirst and MERS* | |

3

NV-22-914217-CV

## Matthew Pawlowski

| | |
|---|---|
| **From:** | Matthew Pawlowski |
| **Sent:** | Thursday, May 19, 2022 11:48 AM |
| **To:** | 'Moerome3@gmail.com' |
| **Cc:** | IDSMH |
| **Subject:** | NV-22-914217-CV - Foster v. MidFirst Bank and MERS - Order granting expungement of lis pendens for review. |
| **Attachments:** | Order Granting Motion to Expunge Lis Pendens.pdf |

Good morning, Mr. Foster –

Per the Court's order and instruction yesterday, attached please find a draft/proposed order expunging the lis pendens against the Groft Way property. Please forward any proposed edits or additions for my review.

Thank you,

**Matthew P. Pawlowski, Esq.** | Associate Attorney NV | Member State Bar of NV

**McCarthy ♦ Holthus, LLP**
m. 9510 W. Sahara Ave., Ste. 200, Las Vegas, NV 89117
d. 702-685-0329 | Toll Free. 877-369-6122 | c: 702-683-6736
email: MPawlowski@mccarthyholthus.com
w. http://www.mccarthyholthus.com

"Service Second to None"

Offices in: AR | AZ | CA | CO | ID | NV | NM | OR | TX | WA

Should escalation be required, please contact: Matt Podmenik, Esq. at Khintz@mccarthyholthus.com

Federal law requires us to advise you that communication with our office could be interpreted as an attempt to collect a debt and that any information obtained will be used for that purpose. The information contained herein may be privileged and protected by the attorney/client and/or other privilege. It is confidential in nature and intended for use by the intended addressee only. If you are not the intended recipient, you are hereby expressly prohibited from dissemination distribution, copy or any use whatsoever of this transmission and its contents. If you receive this transmission in error, please reply or call the sender and arrangements will be made to retrieve the originals from you at no charge.

1